**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest DuWayne King, | No. CV-16-00259-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

    Notice of the Death of Plaintiff Ernest DuWayne King was filed on June 11, 2021. (Doc. 239.) The Notice indicates that Plaintiff's sister, Yolanda Harry, will act as his successor or representative, but that counsel for Plaintiff was unaware whether Ms. Harry would seek an order of substitution in this action under Fed. R. Civ. P. 25. (*Id.*)[1] No motion for substitution has been filed.

    Fed. R. Civ. P. 25(a)(1) provides that, upon the death of a party, "a motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." The 90-day deadline for a motion

---

[1] The Notice of Death was served on Ms. Harry on the date it was filed, June 11, 2201. (Doc. 240.)

for substitution expired on September 9, 2021. Accordingly, pursuant to Fed. R. Civ. P. 25(a)(1), this action will be dismissed.

**IT IS ORDERED** that the above-captioned action is **dismissed**. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS FURTHER ORDERED** that the trial set for November 1, 2021 is **vacated**.

Dated this 13th day of September, 2021.

_____
Honorable Rosemary Márquez
United States District Judge